## EAGLEBARGER v. STATE.

No. 18036.

Court of Criminal Appeals of Texas.

Feb. 26, 1936.

Weldon S. Glass, of Texarkana, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is transporting spirituous liquor capable of producing intoxication; the punishment, confinement in the penitentiary for one year.

Pending appeal, the law under which appellant was convicted has been repealed.

The judgment is reversed and the prosecution ordered dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.